UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL WATTE                                                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:19-CV-399-DPJ-MTP

COMMISSIONER OF SOCIAL                                                                          DEFENDANT
SECURITY ADMINSITRATION

ORDER

On August 20, 2020, United States Magistrate Judge Michael T. Parker entered a Report and Recommendation [61] recommending the Court deny Defendant's Motion to Dismiss or for Summary Judgment [36], Plaintiff's Motion for a Larger Monthly Amount [43], and Plaintiff's Motion for Paperwork [44] and dismiss the case for lack of subject-matter jurisdiction. The R&R informed pro se Plaintiff Michael Watte that he had 14 days within which to serve and file written objections. R&R [61] at 6. But after its entry, Watte filed a notice of change of address, so on September 11, 2020, the Court forwarded to Watte at his new address a copy of the R&R and an Order extending the deadline for objections thereto through September 25, 2020. Order [63]. The Order warned Watte that his "failure to meet the September 25, 2020 deadline may result in the Court ruling on the R&R without further notice." *Id.*

September 25, 2020, has come and gone, and the Court has heard nothing further from Watte. Therefore, having considered the unopposed R&R, the Court adopts it as its opinion. All pending motions [36, 43, 44] are denied, and this case is dismissed without prejudice for lack of subject-matter jurisdiction. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 29th day of September, 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE